**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:17-cv-1705-T-33AAS | DATE:   August 16, 2017 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **TAMPA ELECTRIC COMPANY,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**THE TRAVELERS INDEMNITY COMPANY OF AMERICA, et al.**<br><br>        **Defendant.** | **PLAINTIFF COUNSEL**<br>J. Wylie Donald<br>David Adams<br><br><br><br>**DEFENDANT COUNSEL**<br>W. Gray Dunlap, Jr.<br>George Fernandez | |
| **COURT REPORTER:**  Scott Gamertsfelder | **DEPUTY CLERK:** | Ariana Diaz |
| **TIME:**  11:08 A.M. – 12:08 P.M.<br>TOTAL:  1 hour | **COURTROOM:** | 14B |

**PROCEEDINGS:**    SCHEDULING CONFERENCE

The Court held a Rule 16 Hearing.

The Court grants Plaintiff's Oral Motion to Extend Deadline to reply to Defendant's Motion to Dismiss.  Response is due within 14 days from the date the Court rules on Plaintiff's Motion to Remand.

The Court directs Mr. Donald to file a notice of selection of mediator seven (7) days after the Court rules on Plaintiff's Motion to Remand.

The Case Management and Scheduling Order will be entered on the docket subsequent to this hearing.

Court adjourned.